UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

RYAN J. LAWS, 05-B-2990,

                            Plaintiff

                                                      ORDER
-vs-                                                  05-CV-6402 CJS

DEPUTY JOE CROFT, et al.,

                            Defendants

_____

      Plaintiff in this action having filed a motion [#19] for leave to amend his complaint, and a motion [#27] for appointment of counsel, and the Honorable Marian W. Payson, United States Magistrate Judge, having issued a Decision and Report and Recommendation [#36] on September 15, 2006, denying the motion for appointment of counsel and recommending that the motion for leave to amend also be denied, and no objections having been filed, it is hereby

      ORDERED, that the Report and Recommendation is approved and adopted in its entirety; and it is further

      ORDERED, that the motion for appointment of counsel [#27] and the motion for leave to amend the complaint [#19] are denied.

      SO ORDERED.

Dated: Rochester, New York
       October 10, 2006          ENTER:


                                                    /s/ Charles J. Siragusa
                                                    CHARLES J. SIRAGUSA
                                                    United States District Judge